MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (DCBN 475889)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0038 SI |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT  (18 U.S.C. § 3161) |
| WILLIAM SANDOVAL, | |
| Defendant. | |

     The defendant, William Sandoval, represented by Candis Mitchell, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Susan Illston on March 29, 2013 for a status conference and trial setting.  This Court set this matter for a further status conference on April 19, 2013.

     The parties agreed that time should appropriately be excluded for effective preparation of counsel from March 29, 2013 through April 19, 2013, in order to provide defense counsel with adequate time to review additional discovery, conduct additional investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, is

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0038 SI                                         -1-

1  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
2  § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
3  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
4  U.S.C. § 3161(h)(7)(A).

6  SO STIPULATED:

7                                                                    MELINDA HAAG
                                                                     United States Attorney
8

10  DATED: April 17, 2013                              /S/
                                                      CYNTHIA M. FREY
11                                                    Assistant United States Attorney

14  DATED: April 17, 2013                              /S/
                                                      CANDIS MITCHELL
15                                                    Attorney for WILLIAM SANDOVAL

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0038 SI                                    -2-

1 | Based upon the representation of counsel and for good cause shown, the Court finds that
2 | failing to exclude the time between March 29, 2012 and April 19, 2012 would unreasonably
3 | deny the defendant and counsel the reasonable time necessary for effective preparation, taking
4 | into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
5 | finds that the ends of justice served by excluding the time between March 29, 2012 and April 19,
6 | 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and
7 | the defendant in a speedy trial.

9 | Therefore, IT IS HEREBY ORDERED that the time between March 29, 2012 and April
10 | 19, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C
11 | §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

14 | DATED: ___4/17/13_____          _____
15 |                                        HONORABLE SUSAN ILLSTON
                                           United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 13-0038 SI                            -3-