STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant William Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America**, | No. 13cr038-SI |
| Plaintiff, | ~~[Proposed]~~ **Order Continuing Sentencing Date** |
| v. | |
| **William Sandoval**, | |
| Defendant. | |

For the reasons stated above, the Court continues the sentencing date from November 7, 2013, to December 6, 2013.

SO ORDERED.

DATED:___10/28/13_____                    _____
                                           **THE HONORABLE SUSAN ILLSTON**
                                           United States District Judge

Order, 13cr038-SI                          1