UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>     v.<br><br>SANDOVAL,<br><br>            Defendant. | Case No. 13-cr-00038-SI-1<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR DOCUMENTS**<br><br>Re: Dkt. No. 47 |

The Court has received defendant's request for documents, Dkt. No. 47. Defendant asks that copies of the following documents be sent to him as soon as possible: (1) judgment; (2) current ECF docket; (3) plea agreement; (4) "statement of reasons"; and (5) sentencing transcripts.

As to the first three items above, the Court hereby directs the Clerk of the Court to provide defendant with copies of the current ECF docket, the judgment (Dkt. No. 43), and defendant's application to enter a guilty plea (Dkt. No. 22).

As to defendant's requests for the "statement of reasons" and transcripts from his sentencing hearing, the Court requires further explanation from defendant before providing these items. Defendant must file a request with the Court that explains, in detail, why he needs these two items. If defendant would like the statement of reasons and transcripts in order to prepare a motion under 28 U.S.C. § 2255, defendant must explain: (a) the claim (or claims) he wishes to present in his motion; and (b) how such a motion satisfies the one-year statute of limitations set forth in 28 U.S.C. § 2255(f). Defendant must provide the above information **as soon as is reasonably practicable, and in any event, no later than December 31, 2016**.

**IT IS SO ORDERED**.

Dated: November 17, 2016

_____
SUSAN ILLSTON
United States District Judge